DECANA INC. et al., Appellants, v SPYRO C. CONTOGOURIS et al., Defendants, and NORTH FORK BANK et al., Respondents. (And a Third-Party Action.)

Submitted November 17, 2008; decided January 22, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of EDMUND OROK EDEM, Appellant, v JANE PEARL, as Justice of the Supreme Court of the State of New York, et al., Respondents.

Submitted December 15, 2008; decided January 22, 2009

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

WILLIAM GARCIA, Respondent, v LEON C. DAVIS, Defendant, and DANBURY FAIR HYUNDAI, LLC, Appellant.

Submitted December 1, 2008; decided January 22, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

HUMPHREYS & HARDING, INC., Respondent, v UNIVERSAL BONDING INSURANCE COMPANY, Defendant and Third-Party Plaintiff-Respondent. WELCH CONSTRUCTION CORP. et al., Third-Party Defendants-Appellants.

Submitted November 24, 2008; decided January 22, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.